**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Meier's Wine Cellars Acquisition, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11575 (MFW)<br><br>(Joint Administration Requested)<br><br>Re: Docket No. 2 |

**NOTICE OF FILING OF REVISED ORDER AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

PLEASE TAKE NOTICE THAT on July 24, 2024, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases filed the *Motion of the Debtors and Debtors in Possession for an Order Directing the Joint Administration of Their Chapter 11 Cases* [Docket No. 2] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached as **Exhibit A** thereto was a proposed form of order granting the relief requested in the Motion (the "**Proposed Order**").

PLEASE TAKE FURTHER NOTICE THAT the Debtors have prepared a revised version of the Proposed Order that reflects the addition of Splinter Group Napa, LLC as a Debtor in the above-captioned cases, and such revised order is attached hereto as **Exhibit 1** (the "**Revised Proposed Order**").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Meier's Wine Cellars Acquisition, LLC (5557); California Cider Co., Inc. (0443); Girard Winery LLC (5076); Grove Acquisition, LLC (9465); Meier's Wine Cellars, Inc. (2300); Mildara Blass Inc. (1491); Sabotage Wine Company, LLC (8393); Splinter Group Napa, LLC (1417); Thames America Trading Company Ltd. (0696); Vinesse, LLC (3139); Vintage Wine Estates, Inc. (CA) (2279); and Vintage Wine Estates, Inc. (NV) (5902). The Debtors' noticing address in these chapter 11 cases is 205 Concourse Boulevard, Santa Rosa, California 95403.

RLF1 31269238v.1

PLEASE TAKE FURTHER NOTICE THAT, for the convenience of the Court and all parties in interest, a blackline comparison of the Revised Proposed Order marked against the Proposed Order is attached hereto as **Exhibit 2**.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Revised Proposed Order at the hearing scheduled for July 25, 2024, at 11:00 a.m. (ET) (the "**Hearing**") before The Honorable Mary F. Walrath.

PLEASE TAKE FURTHER NOTICE that to the extent that the Revised Proposed Order is further revised, the Debtors will present a blackline copy of such revised document to the Court either at or before the Hearing.

[*Remainder of page intentionally left blank*]

| | | |
|---|---|---|
| Dated: | July 25, 2024<br>Wilmington, Delaware | Respectfully submitted, |

/s/ Matthew P. Milana
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:   302.651.7700
Facsimile:   302.651.7701
Email:        defranceschi@rlf.com
              merchant@rlf.com
              shapiro@rlf.com
              milana@rlf.com

- and -

Heather Lennox (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: 216.586.3939
Facsimile: 216.579.0212
Email:        hlennox@jonesday.com
              ceblack@jonesday.com

*Proposed Counsel for the Debtors and Debtors in Possession*