**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Meier's Wine Cellars Acquisition, LLC, <u>et al</u>.¹ <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-11575 (MFW) <br><br> (Jointly Administered) <br><br> **Re: Docket Nos. 13, 304, 305, 319** |

**ORDER AUTHORIZING REJECTION OF WINE PRODUCTION AGREEMENT, EFFECTIVE SEPTEMBER 30, 2024, AND GRANTING CERTAIN RELATED RELIEF**

This matter coming before the Court on the *Omnibus Motion of the Debtors and Debtors in Possession for an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts <u>Nunc Pro Tunc</u> to the Petition Date and (II) Granting Certain Related Relief* (the "<u>Motion</u>"), filed by the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"); the Court having entered an order granting the Motion on August 16, 2024 [Docket No. 144] (the "<u>Prior Order</u>"), with the hearing on the Debtors' request to reject the Wine Production Agreement (as defined below) being adjourned until September 24, 2024; a limited objection to the Motion having been filed by W.J. Deutsch & Sons Ltd., d/b/a Deutsch Family Wine and Spirits ("<u>DFWS</u>") on September 19, 2024 [Docket Nos. 304 and 305] (the "<u>Limited Objection</u>"); a reply to the Limited Objection having been filed by the Debtors on September 23, 2024 [Docket No. 319] (the "<u>Reply</u>"); the Debtors having agreed to modify the effective date of

---

¹ The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Meier's Wine Cellars Acquisition, LLC (5557); California Cider Co., Inc. (0443); Girard Winery LLC (5076); Grove Acquisition, LLC (9465); Meier's Wine Cellars, Inc. (2300); Mildara Blass Inc. (1491); Sabotage Wine Company, LLC (8393); Splinter Group Napa, LLC (1417); Thames America Trading Company Ltd. (0696); Vinesse, LLC (3139); Vintage Wine Estates, Inc. (CA) (2279); and Vintage Wine Estates, Inc. (NV) (5902). The Debtors' noticing address in these chapter 11 cases is 205 Concourse Boulevard, Santa Rosa, California 95403.

rejection of the Wine Production Agreement as set forth in this Order; the Court having reviewed the Motion, the Limited Objection, the Reply and having considered the statements of counsel with respect to the Motion at a hearing (if any) before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iv) rejection of the Wine Production Agreement (defined below) represents an exercise of the Debtors' sound business judgment and (v) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Limited Objection to the Motion is RESOLVED as set forth below.

3. The Debtors are authorized to reject the *Amended and Restated Wine Production Agreement*, between W.J. Deutsch & Sons Ltd. and Vintage Wine Estates, Inc. (CA), dated February 10, 2022 and effective as of January 1, 2021 (collectively with any amendments, supplements, restatements and other related writings or agreements, the "Wine Production Agreement"), effective as of September 30, 2024. All rights of DFWS and the Debtors are otherwise fully reserved.

4. Entry of this Order does not supersede or otherwise affect the Prior Order.

-3-

5. Notwithstanding any applicability of Bankruptcy Rules 6004(h), 7062 or 9014, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

**Dated: September 24th, 2024**  
**Wilmington, Delaware**

          **MARY F. WALRATH**  
          **UNITED STATES BANKRUPTCY JUDGE**