# SIGN-IN SHEET

**CASE NAME:** Meier's Wine Cellars
**CASE NUMBER:** 24-11575
**COURTROOM NUMBER:** 4
**DATE:** 9-24-24 @ 10:30am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gabe Morgan | Weil Gotshal | Adair Winery |
| Ryan Royston | " | " |
| Robert Bersely | " | " |
| Ryan Bartley | Young Conaway | " |
| Jane Leamy | US Trustee | US Trustee |
| Stephanie Wickouff | Offit Kurman / Fox Rothschild | Ably Manly Wines |
| Jesse Harris | Fox Rothschild | UCC |

Debtors' Sign-In Sheet

| Name | Firm/Company | Visitor | Floor | Time In | Time Out |
|---|---|---|---|---|---|
| Zach Shapiro | Richards, Layton & Finger | Visitor | 5th | 10:13 | |
| Matt Milana | Richards, Layton & Finger | Visitor | 5th | | |
| Matthew Corcoran | Jones Day | Visitor | 5th | | |
| Carl Black | Jones Day | Visitor | 5th | | |
| Gary Kaplan | Jones Day | Visitor | 5th | | |
| Bob Hamilton | Jones Day | Visitor | 5th | | |
| Dan Reynolds | Jones Day | Visitor | 5th | | |
| Heather Lennox | Jones Day | Visitor | 5th | | |
| Nick Buchta | Jones Day | Visitor | 5th | | |
| Chris Cundra | Jones Day | Visitor | 5th | | |
| Alex Sapp | Jones Day | Visitor | 5th | | |
| Isel Perez | Jones Day | Visitor | 5th | | |
| Michael Flynn | Riveron | Visitor | 5th | | |
| Seth Kaufman | Vintage Wine | Visitor | 5th | | |
| Kristina Johnston | Vintage Wine | Visitor | 5th | | |

RLF1 31550824v.1

Meier's Wine Cellars 24-11575
September 24, 2024 at 10:30 am

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Judith | Archer | Norton Rose Fulbright US LLP | W.J. Deutsch & Sons Ltd. | 24-11575-MFW | Video and Audio |
| Rick | Archer | | Law360 | 24-11575-MFW | Audio Only |
| Daniel | Beltzman | | Birch Run Capital Advisors, LP | 24-11575-MFW | Video and Audio |
| Jason | Blanchard | Norton Rose Fulbright | W.J. Deutsch & Sons Ltd. | 24-11575-MFW | Video and Audio |
| Bernard | Bollinger | Buchalter, A Professional Corporation | Full Glass Wine Company, LLC | 24-11575-MFW | Audio Only |
| Cole | Boyer | Meier&#039;s Wine Cellars Acquisition, LLC | Debtors | 24-11575-MFW | Video and Audio |
| Robert | Brady | Young, Conaway, Stargatt & Taylor, LLP | | 24-11575-MFW | Video and Audio |
| Ronald | Bruckmann | Shumaker, Loop & Kendrick, LLP | Ardagh Glass Inc. | 24-11575-MFW | Video and Audio |
| Michael | Busenkell | Gellert Seitz Busenkell & Brown, LLC | Martin Lipton/Cider Leasing LLC and ACE Cider I LL | 24-11575-MFW | Video and Audio |
| Peter | Cal | Sherman & Howard L.L.C. | Integrated Beverage Group, LLC | 24-11575-MFW | Video and Audio |
| Joseph | Caneco | Fishman Haygood LLP | Marilyn Ezzes and Jeffrey A. Davies | 24-11575-MFW | Video and Audio |
| James | Carter | | Farm Credit Bank of Texas | 24-11575-MFW | Audio Only |
| Ashwin | Chona | GLC Advisors | Meier's Wine Cellars | 24-11575-MFW | Video and Audio |
| Robert | Clark | Riveron RTS, LLC | Debtors | 24-11575-MFW | Video and Audio |
| Tiffany | Cobb | Vorys, Sater, Seymour and Pease LLP | Warner Bros. Consumer Products Inc. | 24-11575-MFW | Video and Audio |
| Robert | Cohen | BRG | UCC | 24-11575-MFW | Video and Audio |
| Frank | Cottrell | Riveron RTS, LLC | Debtors | 24-11575-MFW | Video and Audio |
| Arnal | Dave | ArentFox Schiff | W.J. Deutsch & Sons Ltd. | 24-11575-MFW | Video and Audio |
| Daniel | DeFranceschi | Richards, Layton & Finger | Debtors | 24-11575-MFW | Video and Audio |
| Ria | Estrada | Farm Credit Bank of Texas | | 24-11575-MFW | Audio Only |
| Paul | Fabsik | | Interested Party | 24-11575-MFW | Audio Only |
| Ron | Freed | BMO Bank | BMO | 24-11575-MFW | Video and Audio |
| Stacey | Fuller | Farm Credit Bank of Texas | Farm Credit Bank of Texas | 24-11575-MFW | Video and Audio |
| David | Galfus | BRG | UCC | 24-11575-MFW | Video and Audio |
| Toby | Gerber | Norton Rose Fulbright | W.J. Deutsch & Sons Ltd. | 24-11575-MFW | Video and Audio |
| Cindi | Giglio | Katten Muchin Rosenman LLP | Independent Directors of Vintage Wine Estates, Inc | 24-11575-MFW | Video and Audio |
| Bryan | Hall | Chipman Brown Cicero & Cole, LLP | W.J. Deutsch & Sons Ltd. | 24-11575-MFW | Video and Audio |
| Jay | Halpern | ArentFox Schiff | W.J. Deutsch & Sons Ltd. | 24-11575-MFW | Video and Audio |
| Taylor | Harrison | | | 24-11575-MFW | Audio Only |
| Devlin | Healey | Norton Rose Fulbright US LLP | W.J. Deutsch & Sons Ltd. | 24-11575-MFW | Video and Audio |
| Zachary | Javorsky | Richards, Layton & Finger | Debtors | 24-11575-MFW | Video and Audio |
| Kristina | Johnston | Meier&#039;s Wine Cellars Acquisition, LLC | Debtors | 24-11575-MFW | Video and Audio |
| Frank | Joranko | Norton Rose Fulbright US LLP | W.J. Deutsch & Sons Ltd. | 24-11575-MFW | Video and Audio |
| Seth | Kaufman | Meier&#039;s Wine Cellars Acquisition, LLC | Debtors | 24-11575-MFW | Video and Audio |

Meier's Wine Cellars 24-11575
September 24, 2024 at 10:30 am

| First | Last | Firm | Party | Case | Type |
|---|---|---|---|---|---|
| David | Klauder | Bielli & Klauder, LLC | Kuehne + Nagel | 24-11575-MFW | Video and Audio |
| Jane | Leamy | Office of the U.S. Trustee | U.S. Trustee | 24-11575-MFW | Video and Audio |
| Jerry | Levin | Riveron RTS, LLC | Debtors | 24-11575-MFW | Video and Audio |
| Oren | Lewin | IBG | IBG | 24-11575-MFW | Video and Audio |
| Martin | Lipton | | Cider Leasing LLC | 24-11575-MFW | Video and Audio |
| Reva | Lipton | | ACE Cider I LLC | 24-11575-MFW | Video and Audio |
| Robert | Miller | Buchalter | BMO | 24-11575-MFW | Video and Audio |
| Gabriel | Morgan | Weil, Gotshal & Manges LLP | Adair Winery, Inc. | 24-11575-MFW | Video and Audio |
| Tyler | Okada | Weil, Gotshal & Manges LLP | Interested Party | 24-11575-MFW | Audio Only |
| Ryan | Osgood | | Integrated Beverage Group | 24-11575-MFW | Video and Audio |
| Richard | Pedone | Nixon Peabody LLP | Palm Bay International, Inc. | 24-11575-MFW | Video and Audio |
| Jonathan | Randles | | Bloomberg News | 24-11575-MFW | Audio Only |
| Carol | Ritter | Dickenson Peatman & Fogarty P.C. | Jean Charles Boisset and Gina Gallo | 24-11575-MFW | Video and Audio |
| Ryan | Rolston | Weil, Gotshal & Manges LLP | Adair Winery, Inc. | 24-11575-MFW | Video and Audio |
| Amir | Sadr | Meier&#039;s Wine Cellars Acquisition, LLC | Debtors | 24-11575-MFW | Video and Audio |
| William | Schoenholz | Buchalter Law Firm | BMO | 24-11575-MFW | Video and Audio |
| Ray | Schrock | Weil, Gotshal & Manges LLP | Adair Winery, Inc. | 24-11575-MFW | Video and Audio |
| Timothy | Skillman | CR3 Partners, LLC | BMO Bank | 24-11575-MFW | Video and Audio |
| Tim | Skillman | CR3 Partners | BMO | 24-11575-MFW | Video and Audio |
| Vince | Sullivan | Law360 | | 24-11575-MFW | Audio Only |
| Eric | Sutty | Armstrong Teasdale LLP | Playa Capital | 24-11575-MFW | Video and Audio |
| Peter | Szemenyei | W.J. Deutsch & Sons Ltd. | | 24-11575-MFW | Video and Audio |
| Khaled | Tarazi | Buchalter Law Firm | BMO | 24-11575-MFW | Video and Audio |
| Nikol | Thompson | W.J. Deutsch & Sons Ltd. | | 24-11575-MFW | Video and Audio |
| Grace | Thompson | Katten Muchin Rosenman LLP | Independent Directors of Vintage Wine Estates | 24-11575-MFW | Video and Audio |
| Michael | Tomback | | | 24-11575-MFW | Audio Only |
| Sean | Topping | Norton Rose Fulbright US LLP | W.J. Deutsch & Sons Ltd. | 24-11575-MFW | Video and Audio |
| Tal | Unrad | ArentFox Schiff LLP | Deutsch Family Wine & Spirits | 24-11575-MFW | Video and Audio |
| Matthew | Ward | Womble Bond Dickinson (US) LLP | BMO | 24-11575-MFW | Video and Audio |
| Nichole | Wilcher | Womble Bond Dickinson (US) LLP | BMO | 24-11575-MFW | Video and Audio |
| JACOB | ZUCKER | Company | | 24-11575-MFW | Video and Audio |
| Ron | Zaidman | BRG | UCC | 24-11575-MFW | Video and Audio |
| Facundo | del Olmo | GRB LEGAL | RIO DULCE S.A. | 24-11575-MFW | Video and Audio |
| michael | flynn | Riveron | Meiers Wine Cellars Acquisition, LLC | 24-11575-MFW | Video and Audio |