**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
                                                             :    Case No. 24-11575 (MFW)
Meier's Wine Cellars Acquisition, LLC, et al.,[1]            :
                                                             :    (Jointly Administered)
                               Debtors.                      :
                                                             :    **Obj. Deadline: Oct. 1, 2024 at 4:00 p.m.**
------------------------------------------------------------ x

**NOTICE OF *DE MINIMIS* ASSET TRANSACTION**

      **PLEASE TAKE NOTICE** that on July 24, 2024 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the United States Code (the "Bankruptcy Code").

      **PLEASE TAKE FURTHER NOTICE** that, on August 20, 2024, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order Pursuant to 11 U.S.C. §§ 363 and 105(a) (I) Authorizing and Approving Procedures for the Sale or Transfer of Certain De Minimis Assets, and (II) Granting Related Relief,* (Docket No. 176) (the "*De Minimis* Asset Transaction Order"), whereby the Bankruptcy Court authorized the Debtors to sell or transfer certain assets having *de minimis* value to the Debtors' estates (collectively, the "*De Minimis* Assets").  This notice is being provided in accordance with, and sets forth the information required under, the *De Minimis* Asset Transaction Order.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the *De Minimis* Asset Transaction Order, the Debtors propose to sell or transfer certain *De Minimis* Assets as set forth and described on Exhibit A attached hereto.  Exhibit A identifies, for each *De Minimis* Asset, if applicable (i) a description of the *De Minimis* Assets and their location; (ii) the Debtor(s) or counterparties that directly own or shall acquire such asset; (iii) the purchaser or seller of the *De Minimis* Asset and any relationships of that party with the Debtors; (iv) the material economic terms and conditions of the sale or transfer; (v) the identity of any known party asserting a lien, claim, interest or encumbrance on the *De Minimis* Assets; (vi) any commissions, fees or similar expenses to be paid in connection with such transaction, and (vii) the book value of the relevant *De Minimis* Asset, if known.

---

[1]     The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Meier's Wine Cellars Acquisition, LLC (5557); California Cider Co., Inc. (0443); Girard Winery LLC (5076); Grove Acquisition, LLC (9465); Meier's Wine Cellars, Inc. (2300); Mildara Blass Inc. (1491); Sabotage Wine Company, LLC (8393); Splinter Group Napa, LLC (1417); Thames America Trading Company Ltd. (0696); Vinesse, LLC (3139); Vintage Wine Estates, Inc. (CA) (2279); and Vintage Wine Estates, Inc. (NV) (5902).  The Debtors' noticing address in these chapter 11 cases is 205 Concourse Boulevard, Santa Rosa, California 95403.

NAI-1541275538v1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *De Minimis* Asset Transaction Order, any recipient of this notice may object to the proposed sale or transfer within seven (7) calendar days of service of this notice (the "*De Minimis* Asset Transaction Objection Deadline"). Objections must (i) be in writing; (ii) be received prior to the *De Minimis* Asset Transaction Deadline; and (iii) be submitted by mail or email to (1) Jones Day, 901 Lakeside Avenue, Cleveland, OH 44114 (Attn: Heather Lennox, Esq. (hlennox@jonesday.com) and Carl E. Black (ceblack@jonesday.com)), as counsel to the Debtors; and (2) Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, DE 19801 (Attn: Zachary I. Shapiro Esq. (shapiro@rlf.com)), as co-counsel to the Debtors. **If you send a written objection to the Debtors' counsel and such objection is not resolved by the De Minimis Asset Transaction Objection Deadline or the Amended *De Minimis* Asset Transaction Objection Deadline, as applicable, you must file the objection with the Bankruptcy Court, and the Debtors may not sell or transfer the *De Minimis* Asset unless you and the Debtors consensually resolve the objection or upon further Bankruptcy Court order approving the sale or transfer of such asset.**

If no objections are filed with the Bankruptcy Court and served by the *De Minimis* Asset Transaction Objection Deadline in accordance with the terms of the *De Minimis* Asset Transaction Order described above, then the Debtors may proceed with the sale or transfer in accordance with the terms of the *De Minimis* Asset Transaction Order.

The Debtors may consummate the transaction prior to expiration of the *De Minimis* Asset Transaction Objection Deadline if the Debtors obtain written consent to such sale or transfer from the *De Minimis* Asset Transaction Notice Parties.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  September 24, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Matthew P. Milana<br>Daniel J. DeFranceschi (No. 2732)<br>Michael J. Merchant (No. 3854)<br>Zachary I. Shapiro (No. 5103)<br>Matthew P. Milana (No. 6681)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302.651.7700<br>Facsimile:  302.651.7701<br>Email:  defranceschi@rlf.com<br>  merchant@rlf.com<br>  shapiro@rlf.com<br>  milana@rlf.com<br><br>- and -<br><br>Heather Lennox (admitted *pro hac vice*)<br>Carl E. Black (admitted *pro hac vice*)<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: 216.586.3939<br>Facsimile: 216.579.0212<br>Email:  hlennox@jonesday.com<br>  ceblack@jonesday.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

NAI-1541275538v1